IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | * | |
| | * | |
| Plaintiff, | | Case No. 3:26-CV-00105-TES |
| v. | * | |
| SCOTT TROUPE POULTRY SERVICES INC., | * | |
| Defendant. | * | |

**AMENDED J U D G M E N T**

Pursuant to this Court's Order dated October 29, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff as to Defendant Scott Troupe Poultry Services Inc. in the amount of $3,626,420.00.

This 30th day of October, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk